UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DAVID ESPINAL AND MICHAEL CASTILLO,

Defendants.

19-cr-428 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As stated at the conference held today, another conference is scheduled for **May 19, 2020** at **12:00 P.M.** Trial is scheduled for **October 13, 2020** at **9 A.M.**

Because a continuance is needed to assure the effective assistance of counsel, to provide time for the filing of pretrial motions and for the Court to decide such motions, and for trial preparation, the Court prospectively excludes the time from today, **March 12, 2020,** until **October 13, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Court also notes that the time between the making of motions and the disposition of such motions is independently excludable under 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

**Dated:** New York, New York
March 12, 2020

_____
John G. Koeltl
**United States District Judge**