UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

DAVID ESPINAL et al.,

Defendants.

19-cr-428 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The motion schedule in this case is changed as follows. The defendants' motions are due on **November 20, 2020**. The government's responses are due on **December 4, 2020**. The defendants' replies are due on **December 11, 2020**. The conference is adjourned to **December 18, 2020** at **9:00 a.m.**

SO ORDERED.

Dated:   New York, New York
         October 23, 2020

_____
John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2020